UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALESFORCE, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:23-cv-11718 |

## NOTICE OF APPEARANCE OF KATHLEEN D. PARKER

Please enter my appearance as counsel for Defendant Salesforce, Inc. in the above-captioned matter.

                                                        Respectfully submitted,

                                                        */s/ Kathleen D. Parker*
                                                        Kathleen D. Parker (BBO #681635)
                                                        K&L Gates LLP
                                                        1 Congress Street, Suite 2900
                                                        Boston, MA 02114
                                                        Tel. 617-261-3100
                                                        Fax 617-261-3175
                                                        kathleen.parker@klgates.com

Dated: August 10, 2023

## CERTIFICATE OF SERVICE

    I, Kathleen D. Parker, hereby certify that on August 10, 2023, I caused a true copy of the foregoing document to be served on counsel.

                                                                       */s/ Kathleen D. Parker*
                                                                         Kathleen D. Parker