UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH,<br><br>       Plaintiff,<br><br>       v.<br><br>SALESFORCE, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-11718<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME TO**

**RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Salesforce, Inc. ("Salesforce" or "Defendant") moves for a further extension of time to answer or otherwise respond to Plaintiff Karl Wirth's ("Wirth") Complaint **from September 15, 2023 to October 15, 2023**. Wirth has assented to this motion. As support for this motion, Defendant states the following:

    1.    On July 28, 2023, Wirth filed a Complaint against Salesforce. *See* ECF No. 1.

    2.    Salesforce accepted service, through its counsel, on July 28, 2023. *See* ECF No. 6.

    3.    Salesforce filed an assented-to motion for extension of time to answer or otherwise respond to the Complaint from September 8 to September 15, 2023. *See* ECF No. 8.

    4.    The Court granted the motion on August 24, 2023. *See* ECF No. 9.

    5.    Salesforce requests further time to respond for a number of reasons, including that a close family member of Salesforce's counsel was recently diagnosed with a serious illness that is likely to impact her ability to work a full schedule over the next few months.

    6.    Wirth has agreed to a further extension of time by which Salesforce must respond

to the Complaint from September 15, 2023 to October 15, 2023.

      7.     This motion is made in good faith and is not interposed for delay or any other improper purpose. Plaintiff will not be unfairly prejudiced by the enlargement of time.

      WHEREFORE, for the reasons set forth herein, Defendant respectfully requests that the Court grant this assented-to motion and further extend the deadline to respond to the Complaint as set forth above. Defendant has included a [Proposed] Order with this motion for the Court's convenience.

Respectfully submitted,

**SALESFORCE, INC.,**

**By its attorney,**

*/s/ Kathleen D. Parker*
Kathleen D. Parker (BBO #681635)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel. 617-261-3100
Fax 617-261-3175
kathleen.parker@klgates.com

Dated: September 8, 2023

## **CERTIFICATE OF SERVICE**

I, Kathleen D. Parker, hereby certify that on September 8, 2023, the foregoing document was served on counsel of record.

                                                      */s/ Kathleen D. Parker*
                                                      Kathleen D. Parker

                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH,           )<br>                       )<br>        Plaintiff,  )<br>                       )<br>     v.                )<br>                       )<br>SALESFORCE, INC.,      )<br>                       )<br>        Defendant.     )<br>                       ) | Civil Action No. 1:23-cv-11718 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court having read and considered Salesforce, Inc.'s ("Defendant") Assented-To Motion for Further Extension of Time to Respond to Karl Wirth's ("Wirth") Complaint (the "Motion") **HEREBY ORDERS** that the Motion is **GRANTED** and Defendant's deadline to respond to Wirth's Complaint shall be extended to **October 15, 2023**.

**IT IS SO ORDERED**

Dated: _____, 2023

                                                    _____
                                                    Hon. _____