UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH,<br><br>          Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 1:23-cv-11718 |

**AFFIDAVIT OF KATHLEEN D. PARKER IN SUPPORT OF
SALESFORCE, INC.'S MOTION TO DISMISS**

I, Kathleen D. Parker, being duly sworn, hereby depose and say:

1.      I am a partner at K&L Gates LLP, One Congress Street, Suite 2900, Boston, Massachusetts 02114.

2.      I represent Defendant Salesforce, Inc. ("Salesforce") in the above-captioned matter.

3.      Attached as Exhibit 1 is a true and accurate copy of the Dreamforce Keynote Presentation Slides, that were presented at the Salesforce 2022 Dreamforce Conference on September 20-22, 2022.

Signed under the penalties of perjury this 16th day of October, 2023.

_Kathleen D. Parker_
Kathleen D. Parker

## CERTIFICATE OF SERVICE

I, Kathleen D. Parker, hereby certify that on October 16, 2023, the foregoing document was served on counsel of record.

Kathleen D. Parker

# Forward-Looking Statements

This presentation contains forward-looking statements about, among other things, trend analyses and future events, future financial performance, anticipated growth, industry prospects, environmental, social and governance goals, and the anticipated benefits of acquired companies. The achievement or success of the matters covered by such forward-looking statements involves risks, uncertainties and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, Salesforce's results could differ materially from the results expressed or implied by these forward-looking statements. The risks and uncertainties referred to above include those factors discussed in Salesforce's reports filed from time to time with the Securities and Exchange Commission, including, but not limited to: the impact of, and actions we may take in response to, the COVID-19 pandemic, related public health measures and resulting economic downturn and market volatility; our ability to maintain security levels and service performance meeting the expectations of our customers, and the resources and costs required to avoid unanticipated downtime and prevent, detect and remediate performance degradation and security breaches; the expenses associated with our data centers and third-party infrastructure providers; our ability to secure additional data center capacity; our reliance on third-party hardware, software and platform providers; the effect of evolving domestic and foreign government regulations, including those related to the provision of services on the Internet, those related to accessing the Internet, and those addressing data privacy, cross-border data transfers and import and export controls; current and potential litigation involving us or our industry, including litigation involving acquired entities such as Tableau Software, Inc. and Slack Technologies, Inc., and the resolution or settlement thereof; regulatory developments and regulatory investigations involving us or affecting our industry; our ability to successfully introduce new services and product features, including any efforts to expand our services; the success of our strategy of acquiring or making investments in complementary businesses, joint ventures, services, technologies and intellectual property rights; our ability to complete, on a timely basis or at all, announced transactions; our ability to realize the benefits from acquisitions, strategic partnerships, joint ventures and investments, including our July 2021 acquisition of Slack Technologies, Inc., and successfully integrate acquired businesses and technologies; our ability to compete in the markets in which we participate; the success of our business strategy and our plan to build our business, including our strategy to be a leading provider of enterprise cloud computing applications and platforms; our ability to execute our business plans; our ability to continue to grow unearned revenue and remaining performance obligation; the pace of change and innovation in enterprise cloud computing services; the seasonal nature of our sales cycles; our ability to limit customer attrition and costs related to those efforts; the success of our international expansion strategy; the demands on our personnel and infrastructure resulting from significant growth in our customer base and operations, including as a result of acquisitions; our ability to preserve our workplace culture, including as a result of our decisions regarding our current and future office environments or work-from-home policies; our dependency on the development and maintenance of the infrastructure of the Internet; our real estate and office facilities strategy and related costs and uncertainties; fluctuations in, and our ability to predict, our operating results and cash flows; the variability in our results arising from the accounting for term license revenue products; the performance and fair value of our investments in complementary businesses through our strategic investment portfolio; the impact of future gains or losses from our strategic investment portfolio, including gains or losses from overall market conditions that may affect the publicly traded companies within our strategic investment portfolio; our ability to protect our intellectual property rights; our ability to develop our brands; the impact of foreign currency exchange rate and interest rate fluctuations on our results; the valuation of our deferred tax assets and the release of related valuation allowances; the potential availability of additional tax assets in the future; the impact of new accounting pronouncements and tax laws; uncertainties affecting our ability to estimate our tax rate; uncertainties regarding our tax obligations in connection with potential jurisdictional transfers of intellectual property, including the tax rate, the timing of the transfer and the value of such transferred intellectual property; uncertainties regarding the effect of general economic and market conditions; the impact of geopolitical events; uncertainties regarding the impact of expensing stock options and other equity awards; the sufficiency of our capital resources; our ability to comply with our debt covenants and lease obligations; and the impact of climate change, natural disasters and actual or threatened public health emergencies, including the ongoing COVID-19 pandemic.

Film

Trailblazer
Film

# Interview

# Yvonne Namutosi

## Country Head for Salesforce, Stanbic Uganda

**Q1: Tell us how you used Trailhead to upskill employees at your company. (1min)**

**Q2: What does being a Trailblazer mean to you? (1min)**

# Interview

# Murvah Iqbal
## Co-CEO & Co-Founder, HIVED

### Q1: Tell us your ecopreneur story. (1min)

### Q2: What advice do you have for people who want to take climate action now?(1min)

# Blessing

# Danny & Anna Akaka

Performance

Special Performer



# The Great
# Reunion

A new day for customer magic

**Marc & Bret**
Co-CEOs







# A new day for Dreamforce





# The Most
# Important
# Dreamforce
# Ever

**140+**
sponsors

**1000+**
sessions

**150K+**
attendees

40k+ on-site
110K+ on Salesforce+



**Matthew
McConaughey**



**Jane Goodall,
DBE**



**Jennifer
Hudson**



**Allyson
Felix**



**Bono**



**Earvin "Magic"
Johnson**



**Al
Gore**



**Anjali
Sud**



**Dina
Asher-Smith**



**Lawrence H.
Summers**



*Family
Reunion*
2022



**Download
events app**



salesforce

# The Most Important
## Dreamforce Ever



## Sold Out San Francisco!

**Largest corporate event since 2019**

$40M  for the city  |  85% local vendors  |  2,000 local jobs created

### Dreamforce Gives

**$115M** all-time giving

**$25M** for education at DF22

### Dreamforce Sustainability

Off-setting travel emissions

Reduced swag

**No beef, pork, or almonds saving**

**10M** gallons of water



dreamforce
NATIONAL PARK

Dreamfest welcomes

# The Red Hot Chili Peppers



$106M
Dreamfest
all-time giving



$7M
donation



# A new day for business







Core Values.
Our North Star.





CORE VALUES

TRUST

CUSTOMER SUCCESS

INNOVATION

EQUALITY

SUSTAINABILITY





# Salesforce: #1 CRM

Ranked #1 for CRM Applications based on IDC 2021 Revenue Market Share Worldwide.





23.8%

5.4%
5.3%
5.1%

2017    2018    2019    2020    2021

Source: IDC, Worldwide Semiannual Software Tracker, April 2022. CRM market includes the following IDC-defined functional markets: Sales Force Productivity and Management, Marketing Campaign Management, Customer Service, Contact Center, Advertising, and Digital Commerce Applications.

# Customer Success, **Together**



 **-70%** effort to place orders

**ADT** **-80%** in-person service visits

**-25%** IT costs 

**-27%** support costs 

**+28%** marketing ROI 

**+29%** revenue 

**+29%** faster time to insight 

**+30%** faster collaboration 

# World's Largest Enterprise Apps Company

**$31B**
FY23 Guidance*

## Leader In Philanthropy

### Top 100 Companies that Care

6 years in a row

PEOPLE

## Leader In Innovation

### #1 Most Innovative Companies

Forbes

## Leader In Culture

### #1 Best Workplaces

Japan, Argentina, France Spain, Germany, the UK & the Netherlands

Great Place To Work.

$26.5B
FY22

$21.3B
FY21

$17.1B
FY20

$13.3B
FY19

$10.5B
FY18

$8.4B
FY17

$6.7B
FY16

$5.4B
FY15

$4.1B
FY14

$3.1B
FY13

$2.3B
FY12

*High end of FY23 revenue guide of $30.9B to $31.0B

salesforce



# Business is the Greatest Platform for Change



**1% Equity**

## $575M
all-time giving

**Announcing**
### $25M
to education
#dfgives



**1% Time**

## 7.2M
volunteer hours



**1% Product**

## 50K
nonprofits

### $1.87B
in FY22



## Net zero
**100%** renewable energy

**Adopt a public school**

**pledge1percent.org**

Join **17K** companies

Source: Annual Product Donation Social Values
reviewed by EY, Reported in Stakeholder Impact Report.

# Serving All Stakeholders in the Pandemic





**60M+** PPE items delivered | **8** airplanes landed

New York | Detroit | Hawaii | Ecuador
Mongolia | England | French Polynesia | India





**235M** COVID monitoring with Tableau

**200M** protected with contact tracing



**150M** vaccine doses managed



**2B** vaccine doses managed to 190 countries



VACCINATIONS



# We've All Come So Far



The Great Relocation

The Great Resignation

The Great Reshuffle

The Great Rethink

The Great Reimagination

The Great Renegotiation

The Great Reforestation

The Great Restoration





# Restoring Our Oceans
## with Technology

Protecting endangered whales

Stopping plastic pollution

AI for ocean health

Expanding marine parks



$88M investment






Data source: Keeling, Ralph F; Keeling, Charles D, (2017), Atmospheric Monthly In Situ CO2 Data - Mauna Loa Observatory, Hawaii (Archive 2022-06-01).
In Scripps CO2 Program Data. UC San Diego Library Digital Collections. https://doi.org/10.6075/J08W3BHW



# Carbon Isn't Created.
# It Simply Changes Form.





# Sequester 200Gt carbon with 1T.org

Conserving, restoring, and growing 1 trillion trees by 2030.



Join the 1T.org movement

44M trees planted



# Net Zero Cloud

**Efficiently manage sustainability data**

**Automate supplier emissions tracking**

**Forecast & reduce risk**

What-If Analysis in Tableau — **GA | Now**

Einstein Recommendations — **GA | Now**



# Ecopreneur Revolution




Direct air capture technology


Deploying microbiology to address climate change


Democratizing access to satellite data


Diversified, high impact climate action portfolios


Remote sensing & AI to capture carbon and protect forests


Using technology to revolutionize reforestation







# A new day for
## *Trailblazers*



It's a *Trailblazer* Economy

9.3M
new Salesforce economy jobs by 2026*

$1.6T
new business revenue by 2026*

Mustafa Akil Jhabuawala
Dohrinii Technologies

Brad Ringer
AT&T

Jennifer Cole
908 Devices

Source: IDC White Paper, sponsored by Salesforce, "The Salesforce Economic Impact," doc #US48214821, September 20, 2021.







Film

# Trailblazer Film





A new day
for work





# The All-New Slack:
## Your Digital HQ



## New





**Huddles** — GA | Today

- 🎥 Lightweight video huddles
- 💻 Multi-person screen sharing
- 🦹 Emojis, reactions, stickers
- 💬 Message threads saved to channel

**Slack Canvas** 🔴 — GA | 2023

Huddles + Video





Demo

Slack Demo

# 15 New Salesforce Integrations for Slack





**Sales Cloud for Slack**



**Digital Command Center for Slack**



**CRM Analytics for Slack**



**Service Cloud for Slack**



**Flow in Slack**



**Financial Services Cloud for Slack**



...and more!

Simplified Integration   Enterprise Self-Service   **Easy CRM**   Integrated Experiences   GovSlack   Trade Promotion Effectiveness   **Marketing on Core**

Front, Middle, Back Office Automation   Guided Self-Service for Advertising Sales Management   Self Service Application   Collaborative Insights   CDP + Advertising

Open Banking Ecosystem   Alumni Engagement Community   Volunteer Management   **Commerce on Core**   Trailhead Academy   Net Zero Marketplace

Virtual Care   **Hyperforce in 12 Countries**   Major Giving   Service Engagement   Slack Platform 2.0

MuleSoft Accelerators   Visual Remote Assistant Journeys   **Flow in Slack**   Slack Canvas   Composable Storefront

MuleSoft for Health Cloud   Subscriber Analytics for Media   Store Fulfillment   Pipeline Inspection   Einstein Relaunch

Joint Business Planning   Collaborative Service/Swarming   Custom Measure Forecast   **Anypoint Code Builder**

Emissions Factors   Automation Packs   **Flow Actions**   All Digital Contact Center   Order Management Analytics

Trade Promotion Effectiveness   Signature Specialists   High Scale Data Transformations   CDP Open Data Platform

**Flow Orchestration**   Multiple Variant Testing   **Flow Exchange**   Apple Messaging for Business

MuleSoft for Communications Cloud   MuleSoft RPA   **Flow Testing**   API Integration Suite   Service Catalog   External Object Visualization

Einstein Lead Scoring Enhancements   Structured Content for Digital Engagement   MuleSoft Automation for Customer 360

Intelligent Data Exports with Tableau

We are true to the CORE (no SOFTWARE)

3 releases per year   300+ innovations




Marketing on Core


Commerce on Core


Anypoint Code Builder


Flow Testing


Flow in Slack


DevOps Center



# A Celebration of Innovation














1999    2010    2022



# Technology is Moving in Real-Time

**2X+** data by 2026


## New Experiences


## New Expectations



## New Devices

  
   

**PC** — 150M Devices

**Internet** — 2B Devices

**Smartphones** — 15B Devices

**Everything** — 125B Devices

Source: IDC, Worldwide IDC Global DataSphere Forecast, 2022–2026



# Trusted Infrastructure with **Hyperforce**

## Data Residency | Scalability
## Security | Privacy | Agility

**Announcing** | External Encryption Ecosystem

   
  

**17** countries by 2023

**EU Operating Zone** — **GA | Winter '23**

# 15 New Salesforce Integrations for Slack





### Sales Cloud for Slack



### Digital Command Center for Slack



### CRM Analytics for Slack



### Service Cloud for Slack



### Flow in Slack



### Financial Services Cloud for Slack



...and more!

Simplified Integration    Enterprise Self-Service    Easy CRM    Integrated Experiences    GovSlack    Trade Promotion Effectiveness    Marketing on Core

Front, Middle, Back Office Automation    Guided Self-Service for Advertising Sales Management    Self Service Application    Collaborative Insights    CDP + Advertising

Open Banking Ecosystem    Alumni Engagement Community    Volunteer Management    Commerce on Core    Trailhead Academy    Net Zero Marketplace

Virtual Care    Hyperforce in 12 Countries    Major Giving    Service Engagement    Slack Platform 2.0

MuleSoft Accelerators    Visual Remote Assistant Journeys    Flow in Slack    Slack Canvas    Composable Storefront

MuleSoft for Health Cloud    Subscriber Analytics for Media    Store Fulfillment    Pipeline Inspection    Einstein Relaunch

Joint Business Planning    Collaborative Service/Swarming    Custom Measure Forecast    Anypoint Code Builder

Emissions Factors    Automation Packs    Flow Actions    All Digital Contact Center    Order Management Analytics

Trade Promotion Effectiveness    Signature Specialists    High Scale Data Transformations    CDP Open Data Platform

Flow Orchestration    Multiple Variant Testing    Flow Exchange    Apple Messaging for Business

MuleSoft for Communications Cloud    MuleSoft RPA    Flow Testing    API Integration Suite    Service Catalog    External Object Visualization

Einstein Lead Scoring Enhancements    Structured Content for Digital Engagement    MuleSoft Automation for Customer 360

Intelligent Data Exports with Tableau

**We are true to the CORE**

~~SOFTWARE~~

3 releases per year    300+ innovations




Marketing on Core


Commerce on Core


Anypoint Code Builder


Flow Testing


Flow in Slack


DevOps Center



# A Celebration of Innovation



Hyperforce

CDP

Slack

Industry Clouds

Tableau

Net Zero

Datorama

MuleSoft

Demandware

Cloud Craze

Einstein

Quip

Analytics

Trailhead

Salesforce IOT

ExactTarget

Lightning Platform

Site.com

Salesforce Mobile

Heroku

 Sales Cloud

 Salesforce Platform & AppExchange

 force.com

 Service Cloud

 Chatter














1999                                  2010                                  2022



# Trusted Infrastructure with Hyperforce

## Data Residency | Scalability
## Security | Privacy | Agility

**Announcing | External Encryption Ecosystem**

   THALES
  

# Automation with Salesforce Flow



**44B+** flows per day

**109B+** hours saved

**$2T** in customer business value

# Intelligence with
# Salesforce Einstein





**175B**
Einstein predictions a day


**Predictions**


**Forecasting**


**Self-Service Bots**

**Data Stories**


**Offers**



**Recommendations**





# Automation with Salesforce Flow

**44B+** flows per day

**109B+** hours saved

**$2T** in customer business value

# Intelligence with
# Salesforce Einstein





**175B**
Einstein
predictions
a day


**Predictions**


**Data Stories**


**Recommendations**






**Forecasting**


**Self-Service Bots**


**Offers**







What if we could bring together ALL your customer data into a single source of truth?





Moment

Salesforce Genie
Moment





**Introducing**

**Salesforce Genie**

**The real-time platform for customer magic**





# Customer 360
# World's #1 CRM

        

Flow Automation

Einstein AI

Transactional Database

Hyperforce







# Real-Time Customer 360 Powered by Genie

         

Real-Time Flow Automation

Real-Time Einstein AI

Real-Time Genie Hyperscale Data Platform

Transactional Database

Hyperforce







# How Salesforce Genie Works



## Connect

**Real-Time Data Streams**

**Any Data**

Web · Mobile · APIs
CRM · Devices

**Near infinite scale**

**Historical Data**

## Harmonize



**Real-Time Customer Graph**

## Engage



**Real-Time Customer 360**

## Experience



**Real-Time Customer Magic**

# Customer 360 Delivers
# Customer Magic



Automated
Flow



Intelligent
Einstein



Real-Time
Genie





# Real-Time Customer 360
## For Every Industry





Sanjna Parulekar
Sr. Director, Salesforce

Demo

Salesforce Genie
Demo

# GA | Today

# Genie is Open & Extensible



## Strategic Partners

### Open Data Access



### First Party Advertising





### Bring Your Own AI



## AppExchange Partners






















# Genie is Powering Dreamforce



 **Real-time MVP Service Escalation**

**Real-time salesforce.com personalization**

 **Real-time sales engagement**

**Real-time engagement bots**





**Real-time Dreamforce promotions**

**Salesforce+ subscription journey**





# Service Cloud Genie

## Deliver magical service in real-time

Resolve cases faster with automation

Predict service issues before they happen with AI

Make every agent a trusted advisor with real-time data

## New

| | |
|---|---|
| **Contact Center Genie** | **GA** \| Winter '23 |
| **Frontline Service** | **GA** \| Winter '23 |
| **WhatsApp-First Business Messaging** | **GA** \| Spring '23 |



# Marketing Cloud Genie

## Build real-time relationships at scale with customer magic

Automate every message, on any channel, at the right time

Improve marketing performance with AI-driven insights

Personalize every moment with real-time data

## New

| Real-Time Personalization | GA \| Now |
| Real-Time Journey Orchestration | Pilot \| Now |
| WhatsApp-First Business Messaging | GA \| Winter '23 |





28% increase in overall marketing ROI



# Commerce Cloud Genie

## Deliver customer magic from discovery to delivery

Automate fulfillment based on your customer's profile

Maximize every cart with AI-powered merchandising

Tailor every shopping experience with real-time activity data

## New

| | |
|---|---|
| **Composable Storefront** | **GA** \| Now |
| **Commerce Marketplace** | **GA** \| Winter '23 |
| **Store Associate App** | **GA** \| Winter '23 |



# Tableau Genie

## Turn real-time insights into customer magic

Automate workflows from analytics

Enrich every dashboard with AI

Take action fast with real-time data

## New

| Customer Data Platform Connectors | GA | Now |
| Instant Analytics for Tableau | GA | Spring '23 |







**57%** faster development and delivery

# MuleSoft Genie
## Real-time customer magic across every system

Build multi-system automations with clicks or code

Create connected, AI-powered experiences

Unlock real-time data from any system

## New

**Anypoint Connector for CDP** — GA | Now

**Automation with MuleSoft RPA** — GA | Now

**Anypoint Code Builder** — Beta | Today

# Slack Genie

## Deliver real-time customer magic from your Digital HQ

Increase efficiency with automated workflows

Bring intelligent insights into any channel

Make better decisions with real-time data

### New



| Slack Huddles | **GA** \| Today |
| --- | --- |
| Slack Canvas | **GA** \| 2023 |
| The New Slack Platform | **Beta** \| Today |



**26%** more time saved with automation



# Salesforce Customer 36O Powered by Genie

Save money.
Save time.
Grow revenue.

A new day
for customer
magic











Demo



Interview

CMO, Ford

Suzy Deering





FILM

L'Oréal





# L'Oréal Customer 360

**100M** contacts activated

**200** ecommerce sites

Relationship Building

Proven Long-Term Success

Personalized Service

Partner Ecosystem

Connected Customer Journeys

Optimized Planning & Execution

Immersive Ecommerce Experiences

Sustainable Commitments

Actionable Analytics & AI

Genie

Beauty Consumers & Professionals

Collaboration for Innovation

Secure Platform

Seamless Integration

Demo



# Interview

## CEO, L'Oréal

## Nicolas Hieronimus







# Your Dreamforce Journey



Visit the Campground to experience Genie in action



See Fitz and the Tantrums tonight at the Homecoming Celebration



Attend the Genie Keynote on Thursday at 10:30am



Catch it all on-demand on Salesforce+



# Thank you








EXHIBIT 1

# Forward-Looking Statements

This presentation contains forward-looking statements about, among other things, trend analyses and future events, future financial performance, anticipated growth, industry prospects, environmental, social and governance goals, and the anticipated benefits of acquired companies. The achievement or success of the matters covered by such forward-looking statements involves risks, uncertainties and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, Salesforce's results could differ materially from the results expressed or implied by these forward-looking statements. The risks and uncertainties referred to above include those factors discussed in Salesforce's reports filed from time to time with the Securities and Exchange Commission, including, but not limited to: the impact of, and actions we may take in response to, the COVID-19 pandemic, related public health measures and resulting economic downturn and market volatility; our ability to maintain security levels and service performance meeting the expectations of our customers, and the resources and costs required to avoid unanticipated downtime and prevent, detect and remediate performance degradation and security breaches; the expenses associated with our data centers and third-party infrastructure providers; our ability to secure additional data center capacity; our reliance on third-party hardware, software and platform providers; the effect of evolving domestic and foreign government regulations, including those related to the provision of services on the Internet, those related to accessing the Internet, and those addressing data privacy, cross-border data transfers and import and export controls; current and potential litigation involving us or our industry, including litigation involving acquired entities such as Tableau Software, Inc. and Slack Technologies, Inc., and the resolution or settlement thereof; regulatory developments and regulatory investigations involving us or affecting our industry; our ability to successfully introduce new services and product features, including any efforts to expand our services; the success of our strategy of acquiring or making investments in complementary businesses, joint ventures, services, technologies and intellectual property rights; our ability to complete, on a timely basis or at all, announced transactions; our ability to realize the benefits from acquisitions, strategic partnerships, joint ventures and investments, including our July 2021 acquisition of Slack Technologies, Inc., and successfully integrate acquired businesses and technologies; our ability to compete in the markets in which we participate; the success of our business strategy and our plan to build our business, including our strategy to be a leading provider of enterprise cloud computing applications and platforms; our ability to execute our business plans; our ability to continue to grow unearned revenue and remaining performance obligation; the pace of change and innovation in enterprise cloud computing services; the seasonal nature of our sales cycles; our ability to limit customer attrition and costs related to those efforts; the success of our international expansion strategy; the demands on our personnel and infrastructure resulting from significant growth in our customer base and operations, including as a result of acquisitions; our ability to preserve our workplace culture, including as a result of our decisions regarding our current and future office environments or work-from-home policies; our dependency on the development and maintenance of the infrastructure of the Internet; our real estate and office facilities strategy and related costs and uncertainties; fluctuations in, and our ability to predict, our operating results and cash flows; the variability in our results arising from the accounting for term license revenue products; the performance and fair value of our investments in complementary businesses through our strategic investment portfolio; the impact of future gains or losses from our strategic investment portfolio, including gains or losses from overall market conditions that may affect the publicly traded companies within our strategic investment portfolio; our ability to protect our intellectual property rights; our ability to develop our brands; the impact of foreign currency exchange rate and interest rate fluctuations on our results; the valuation of our deferred tax assets and the release of related valuation allowances; the potential availability of additional tax assets in the future; the impact of new accounting pronouncements and tax laws; uncertainties affecting our ability to estimate our tax rate; uncertainties regarding our tax obligations in connection with potential jurisdictional transfers of intellectual property, including the tax rate, the timing of the transfer and the value of such transferred intellectual property; uncertainties regarding the effect of general economic and market conditions; the impact of geopolitical events; uncertainties regarding the impact of expensing stock options and other equity awards; the sufficiency of our capital resources; our ability to comply with our debt covenants and lease obligations; and the impact of climate change, natural disasters and actual or threatened public health emergencies, including the ongoing COVID-19 pandemic.

Case 1:23-cv-11718-AK   Document 14   Filed 10/16/23   Page 117 of 227

# Interview

# Yvonne Namutosi
## Country Head for Salesforce, Stanbic Uganda

Q1: Tell us how you used Trailhead to upskill employees at your company. (1min)

Q2: What does being a Trailblazer mean to you? (1min)

Film

The Ecopreneurs
Trailer

# Interview

## Murvah Iqbal
### Co-CEO & Co-Founder, HIVED

**Q1: Tell us your ecopreneur story. (1min)**

**Q2: What advice do you have for people who want to take climate action now?(1min)**

# Blessing

# Danny & Anna Akaka

Performance

Special Performer

# FILM

# Opening Film



# The Great
# Reunion

A new day for customer magic

**Marc & Bret**
Co-CEOs












# A new day for
## Dreamforce





# The Most Important Dreamforce Ever


**Matthew McConaughey**


**Jane Goodall, DBE**


**Jennifer Hudson**


**Allyson Felix**


**Bono**


**Earvin "Magic" Johnson**


**Al Gore**


**Anjali Sud**


**Dina Asher-Smith**


**Lawrence H. Summers**

**140+** sponsors

**1000+** sessions

**150K+** attendees

40k+ on-site
110K+ on Salesforce+


*Family Reunion* 2022



**Download events app**



# The Most Important
## Dreamforce Ever

## Sold Out San Francisco!



Largest corporate event since 2019

**$40M** for the city | **85%** local vendors | **2,000** local jobs created



### Dreamforce Gives

**$115M** all-time giving

**$25M** for education at DF22

### Dreamforce Sustainability

Off-setting travel emissions

Reduced swag

No beef, pork, or almonds saving

**10M** gallons of water

dreamforce
NATIONAL PARK







# A new day for
## business







Core Values.
Our North Star.



CORE VALUES

TRUST

CUSTOMER SUCCESS

INNOVATION

EQUALITY

SUSTAINABILITY





# Salesforce: #1 CRM

Ranked #1 for CRM Applications based on IDC 2021
Revenue Market Share Worldwide.



23.8%



5.4%
5.3%
5.1%

2017   2018   2019   2020   2021

Source: IDC, Worldwide Semiannual Software Tracker, April 2022. CRM market includes the following IDC-defined functional markets: Sales Force Productivity and Management, Marketing Campaign Management, Customer Service, Contact Center, Advertising, and Digital Commerce Applications.

# Customer Success, **Together**



**T·Mobile** | **-70%** effort to place orders

**ADT** | **-80%** in-person service visits






**-25%** IT costs

**-27%** support costs

**+28%** marketing ROI

**+29%** revenue

**+29%** faster time to insight

**+30%** faster collaboration








# World's Largest Enterprise Apps Company

**$31B**
FY23 Guidance*

## Leader In Philanthropy

### Top 100 Companies that Care

6 years in a row

PEOPLE

## Leader In Innovation

### #1 Most Innovative Companies

Forbes

## Leader In Culture

### #1 Best Workplaces

Japan, Argentina, France Spain, Germany, the UK & the Netherlands

Great Place To Work.



$26.5B FY22

$21.3B FY21

$17.1B FY20

$13.3B FY19

$10.5B FY18

$8.4B FY17

$6.7B FY16

$5.4B FY15

$4.1B FY14

$3.1B FY13

$2.3B FY12

*High end of FY23 revenue guide of $30.9B to $31.0B

salesforce

# Business is the Greatest Platform for Change



**1% Equity**

**$575M**
all-time giving

**Announcing**
**$25M**
to education
#dfgives



**1% Time**

**7.2M**
volunteer hours



**1% Product**

**50K**
nonprofits

**$1.87B**
in FY22



**Net zero**
**100% renewable energy**

Adopt a
public school

pledge1percent.org

Join **17K** companies

Source: Annual Product Donation Social Values
reviewed by EY, Reported in Stakeholder Impact Report.

# Serving All Stakeholders in the Pandemic







**235M** COVID monitoring with Tableau



**200M** protected with contact tracing

## 60M+
PPE items delivered

## 8
airplanes landed

New York | Detroit | Hawaii | Ecuador
Mongolia | England | French Polynesia | India



**150M** vaccine doses managed



**2B** vaccine doses managed to 190 countries





# Nonprofit Customers Are Stepping Up



# We've All Come So Far

The Great Relocation
The Great Resignation
The Great Reshuffle
The Great Rethink
The Great Reimagination
The Great Renegotiation
The Great Reforestation
The Great Restoration





# Restoring Our Oceans
## with Technology

Protecting endangered whales

Stopping plastic pollution

AI for ocean health

Expanding marine parks



$88M investment




Data source: Keeling, Ralph F; Keeling, Charles D, (2017), Atmospheric Monthly In Situ CO2 Data - Mauna Loa Observatory, Hawaii (Archive 2022-06-01).
In Scripps CO2 Program Data. UC San Diego Library Digital Collections. https://doi.org/10.6075/J08W3BHW

# Carbon Isn't Created.
# It Simply Changes Form.







# Sequester 200Gt carbon with 1T.org

Conserving, restoring, and growing 1 trillion trees by 2030.



44M trees planted



# Net Zero Cloud

**Efficiently manage sustainability data**

**Automate supplier emissions tracking**

**Forecast & reduce risk**

What-If Analysis in Tableau — **GA | Now**

Einstein Recommendations — **GA | Now**



# Ecopreneur Revolution





Direct air capture technology



Deploying microbiology to address climate change



Diversified, high impact climate action portfolios



Democratizing access to satellite data



Remote sensing & AI to capture carbon and protect forests



Using technology to revolutionize reforestation





# Introducing
# Net Zero
# Marketplace

### Engage everyone in climate action

**Purchase carbon credits with a trusted & transparent experience**

**Discover projects aligned to your values**

**Manage portfolio with stakeholders**

Case 1:23-cv-11195-AK  Document 14  Filed 10/02/23  Page 150 of 227



# A new day for
## Trailblazers











# A new day for work









Demo

Slack Demo

# 15 New Salesforce Integrations for Slack





**Sales Cloud for Slack**



**Digital Command Center for Slack**



**CRM Analytics for Slack**



**Service Cloud for Slack**



**Flow in Slack**



**Financial Services Cloud for Slack**



...and more!

Simplified Integration   Enterprise Self-Service   **Easy CRM**   Integrated Experiences   GovSlack   Trade Promotion Effectiveness   **Marketing on Core**

Front, Middle, Back Office Automation   Guided Self-Service for Advertising Sales Management   Self Service Application   Collaborative Insights   CDP + Advertising

Open Banking Ecosystem   Alumni Engagement Community   Volunteer Management   **Commerce on Core**   Trailhead Academy   Net Zero Marketplace

Virtual Care   **Hyperforce in 12 Countries**   Major Giving   Service Engagement   Slack Platform 2.0

MuleSoft Accelerators   Visual Remote Assistant Journeys   **Flow in Slack**   Slack Canvas   Composable Storefront

MuleSoft for Health Cloud   Subscriber Analytics for Media   Store Fulfillment   Pipeline Inspection   Einstein Relaunch

Joint Business Planning   Collaborative Service/Swarming   Custom Measure Forecast   **Anypoint Code Builder**

Emissions Factors   Automation Packs   **Flow Actions**   All Digital Contact Center   Order Management Analytics

Trade Promotion Effectiveness   Signature Specialists   High Scale Data Transformations   CDP Open Data Platform

**Flow Orchestration**   Multiple Variant Testing   **Flow Exchange**   Apple Messaging for Business

MuleSoft for Communications Cloud   MuleSoft RPA   **Flow Testing**   API Integration Suite   Service Catalog   External Object Visualization

Einstein Lead Scoring Enhancements   Structured Content for Digital Engagement   MuleSoft Automation for Customer 360

Intelligent Data Exports with Tableau

We are true to the CORE (no SOFTWARE)

3 releases per year   300+ innovations




Marketing on Core


Commerce on Core


Anypoint Code Builder


Flow Testing


Flow in Slack


DevOps Center



# A Celebration of Innovation










 1999      2010      2022

# Technology is Moving in Real-Time



**2X+** data by 2026



## New Expectations



## New Experiences



## New Devices



### PC
150M Devices



### Internet
2B Devices



### Smartphones
15B Devices





## Everything
125B Devices




Source: IDC, Worldwide IDC Global DataSphere Forecast, 2022–2026

# Trusted Infrastructure with Hyperforce

## Data Residency | Scalability
## Security | Privacy | Agility



### Announcing | External Encryption Ecosystem

   
  

# 15 New Salesforce Integrations for Slack





### Sales Cloud for Slack



### Digital Command Center for Slack



### CRM Analytics for Slack



### Service Cloud for Slack



### Flow in Slack



### Financial Services Cloud for Slack



…and more!

Simplified Integration   Enterprise Self-Service   **Easy CRM**   Integrated Experiences   GovSlack   Trade Promotion Effectiveness   **Marketing on Core**

Front, Middle, Back Office Automation   Guided Self-Service for Advertising Sales Management   Self Service Application   Collaborative Insights   CDP + Advertising

Open Banking Ecosystem   Alumni Engagement Community   Volunteer Management   **Commerce on Core**   Trailhead Academy   Net Zero Marketplace

Virtual Care   **Hyperforce in 12 Countries**   Major Giving   Service Engagement   Slack Platform 2.0

MuleSoft Accelerators   Visual Remote Assistant Journeys   **Flow in Slack**   Slack Canvas   Composable Storefront

MuleSoft for Health Cloud   Subscriber Analytics for Media   Store Fulfillment   Pipeline Inspection   Einstein Relaunch

Joint Business Planning   Collaborative Service/Swarming   Custom Measure Forecast   **Anypoint Code Builder**

Emissions Factors   Automation Packs   **Flow Actions**   All Digital Contact Center   Order Management Analytics

Trade Promotion Effectiveness   Signature Specialists   High Scale Data Transformations   CDP Open Data Platform

**Flow Orchestration**   Multiple Variant Testing   **Flow Exchange**   Apple Messaging for Business

MuleSoft for Communications Cloud   MuleSoft RPA   **Flow Testing**   API Integration Suite   Service Catalog   External Object Visualization

Einstein Lead Scoring Enhancements   Structured Content for Digital Engagement   MuleSoft Automation for Customer 360

Intelligent Data Exports with Tableau

**We are true to the CORE**

~~SOFTWARE~~

3 releases per year   300+ innovations





Marketing on Core



Commerce on Core



Anypoint Code Builder



Flow Testing



Flow in Slack



DevOps Center



# A Celebration of Innovation







1999          2010          2022



# Trusted Infrastructure with Hyperforce

## Data Residency | Scalability
## Security | Privacy | Agility

### Announcing | External Encryption Ecosystem

  

  



# Automation with Salesforce Flow

**44B+** flows per day

**109B+** hours saved

**$2T** in customer business value



# Intelligence with
# Salesforce Einstein







**175B**
Einstein
predictions
a day


**Predictions**


**Forecasting**


**Data Stories**


**Self-Service Bots**


**Recommendations**


**Offers**











# Automation with Salesforce Flow

**44B+** flows per day

**109B+** hours saved

**$2T** in customer business value

# Intelligence with
# Salesforce Einstein





**175B** Einstein predictions a day

 Predictions

 Forecasting

 Data Stories

 Self-Service Bots

 Recommendations

 Offers





What if we could bring together ALL your customer data into a single source of truth?





# Moment

# Salesforce Genie Moment









# Customer 360
# World's #1 CRM

        

## Flow Automation

## Einstein AI

## Transactional Database

## Hyperforce









# Real-Time Customer 360 Powered by Genie

        



**Real-Time Flow Automation**

**Real-Time Einstein AI**

**Real-Time Genie Hyperscale Data Platform**

**Transactional Database**

**Hyperforce**





# How Salesforce Genie Works



## Connect

**Real-Time Data Streams**

**Any Data**

Web • Mobile • APIs
CRM • Devices

**Near infinite scale**

**Historical Data**

## Harmonize



**Real-Time Customer Graph**

## Engage



**Real-Time Customer 360**

## Experience



**Real-Time Customer Magic**

# Customer 360 Delivers Customer Magic



**Automated Flow**



**Intelligent Einstein**



**Real-Time Genie**



# Salesforce Customer 360 Powered by Genie

## The world's 1st real-time CRM



# Real-Time Customer 360
## For Every Industry





Sanjna Parulekar
Sr. Director, Salesforce

Demo

Salesforce Genie
Demo

# Genie is Open & Extensible



## Strategic Partners

### Open Data Access



### First Party Advertising



### Bring Your Own AI



## AppExchange Partners



                 



# Genie is Powering Dreamforce



 **Real-time MVP Service Escalation**

 **Real-time salesforce.com personalization**

 **Real-time sales engagement**

**Real-time engagement bots**

**Real-time Dreamforce promotions**

**Salesforce+ subscription journey**











# Service Cloud Genie
## Deliver magical service in real-time

Resolve cases faster with automation

Predict service issues before they happen with AI

Make every agent a trusted advisor with real-time data

## New

| Contact Center Genie | GA \| Winter '23 |
|---|---|
| Frontline Service | GA \| Winter '23 |
| WhatsApp-First Business Messaging | GA \| Spring '23 |





# Marketing Cloud Genie

## Build real-time relationships at scale with customer magic

Automate every message, on any channel, at the right time

Improve marketing performance with AI-driven insights

Personalize every moment with real-time data

## New

| | |
|---|---|
| **Real-Time Personalization** | **GA** \| Now |
| **Real-Time Journey Orchestration** | **Pilot** \| Now |
| **WhatsApp-First Business Messaging** | **GA** \| Winter '23 |



28% increase in overall marketing ROI

# Commerce Cloud Genie

## Deliver customer magic from discovery to delivery

Automate fulfillment based on your customer's profile

Maximize every cart with AI-powered merchandising

Tailor every shopping experience with real-time activity data

## New

| | |
|---|---|
| **Composable Storefront** | **GA** \| Now |
| **Commerce Marketplace** | **GA** \| Winter '23 |
| **Store Associate App** | **GA** \| Winter '23 |




# Tableau Genie
## Turn real-time insights into customer magic

Automate workflows from analytics

Enrich every dashboard with AI

Take action fast with real-time data

## New

Customer Data Platform Connectors    **GA** | Now

Instant Analytics for Tableau    **GA** | Spring '23







57% faster development and delivery

# MuleSoft Genie

Real-time customer magic across every system

Build multi-system automations with clicks or code

Create connected, AI-powered experiences

Unlock real-time data from any system

## New

Anypoint Connector for CDP — GA | Now

Automation with MuleSoft RPA — GA | Now

Anypoint Code Builder — Beta | Today

# Slack Genie

## Deliver real-time customer magic from your Digital HQ

Increase efficiency with automated workflows

Bring intelligent insights into any channel

Make better decisions with real-time data

---

### New

| | |
|---|---|
| **Slack Huddles** | **GA** \| Today |
| **Slack Canvas** | **GA** \| 2023 |
| **The New Slack Platform** | **Beta** \| Today |



**26%** more time saved with automation



# Salesforce Customer 360 Powered by Genie

Save money.
Save time.
Grow revenue.

A new day
for customer
magic







Taksina Eammano
EVP & GM, Salesforce





# Interview



CMO, Ford

## Suzy Deering





FILM

L'ORÉAL





Demo



# Interview

## CEO, L'Oréal

# Nicolas Hieronimus







# Your Dreamforce Journey



Visit the Campground to experience Genie in action



See Fitz and the Tantrums tonight at the Homecoming Celebration



Attend the Genie Keynote on Thursday at 10:30am



Catch it all on-demand on Salesforce+







# We Want Your Feedback





Take the survey at
sforce.co/survey

