UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH,<br><br>            Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>            Defendant. | Civil Action No.  1-23-cv-11718-AK |

**PLAINTIFF'S ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff Karl Wirth hereby moves this Court to extend the deadline for his response to Defendant Salesforce, Inc.'s Motion to Dismiss (ECF No. 12) by seven (7) days, to November 6, 2023.  As grounds for this Motion, Plaintiff states as follows:

1. On October 16, 2023, Defendant filed a Motion to Dismiss (ECF No. 12).

2. Plaintiff's response to the Motion to Dismiss is currently due October 30, 2023.

3. Plaintiff's counsel requires an additional seven (7) days to prepare his response to the Motion to Dismiss.

4. Plaintiff's counsel has conferred with counsel for Defendant and Defendant's counsel has stated that they do not oppose the relief requested herein.

5. The request is made for good cause, and not for purposes of delay, and neither party will be prejudiced by the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court allow the instant Motion and extend the deadline for his response to Defendant's Motion to Dismiss by 7 days, to November 6, 2023.

KARL WIRTH,
By her attorneys,

/s/ *Patrick J. Hannon*
Patrick J. Hannon (BBO# 664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
P: (617) 723-8000
F: (617) 447-2800
phannon@hmrhlaw.com

Dated: October 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant by electronically serving their counsel of record.

/s/ *Patrick J. Hannon*
Patrick J. Hannon