UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KARL WIRTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALESFORCE, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:23-cv-11718 |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Civil Procedure 6(b), Salesforce moves for an extension of time to file its reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint **from January 12, 2024 to January 19, 2024**. Wirth has assented to this motion. As support for this motion, Defendant states the following:

1. On July 28, 2023, Wirth filed his Complaint. ECF No. 1.

2. On October 16, 2023, Salesforce filed its Motion to Dismiss the Complaint. ECF No. 12.

3. On November 6, 2023, Wirth filed his Amended Complaint. ECF No. 17.

4. On December 4, 2023, Salesforce filed its Motion to Dismiss the Amended Complaint. ECF No. 20.

5. On December 29, 2023, Wirth filed his Opposition to Salesforce Motion to Dismiss the Amended Complaint (ECF No. 26) after Salesforce assented to and the Court granted Wirth's request for an extension (ECF No. 24) and after the Court granted the parties' Joint Motion for Extension (ECF No. 27).

1

6.	Pursuant to the Court's order granting the parties' Joint Motion for Extension, Salesforce's reply brief is due by January 12, 2024. ECF No. 27.

7.	Salesforce requires a brief extension due to its counsel's previous illness, her schedule and other case demands.

8.	Wirth has agreed to extend the time by which Salesforce must file its reply brief from <u>January 12, 2024 to January 19, 2024</u>.

9.	This motion is made in good faith and is not interposed for delay or any other improper purpose. Plaintiff will not be unfairly prejudiced by the enlargement of time.

WHEREFORE, for the reasons set forth herein, Defendant respectfully requests that the Court grant this assented-to motion and extend the deadline to file a reply brief as set forth above. Defendant has included a [Proposed] Order with this motion for the Court's convenience.

Respectfully submitted,

**SALESFORCE, INC.,**

**By its attorney,**

<u>/s/ Kathleen D. Parker</u>
Kathleen D. Parker (BBO #681635)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel. 617-261-3100
Fax 617-261-3175
kathleen.parker@klgates.com

Dated: January 8, 2024

## **CERTIFICATE OF SERVICE**

    I, Kathleen D. Parker, hereby certify that on January 8, 2024, the foregoing document was served on counsel of record.

                                                               */s/ Kathleen D. Parker*  
                                                               Kathleen D. Parker

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARL WIRTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALESFORCE, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 1:23-cv-11718 |

### [PROPOSED] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The Court having read and considered Salesforce, Inc.'s ("Defendant") Assented-To Motion for Extension of Time to File a Reply Brief in support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") **HEREBY ORDERS** that the Motion is **GRANTED** and Defendant's deadline to filed its reply brief shall be extended to **January 19, 2024**.

**IT IS SO ORDERED**

Dated: _____, 2024

_____
Hon. _____