# EXHIBIT 85

[filed under seal]

Case 1:23-cv-11718-BEM    Document 101-86    Filed 01/14/26    Page 1 of 2

| | |
|---|---|
| **From:** | Lidiane Jones <lidiane.jones@salesforce.com> |
| **Sent:** | Thur 6/2/2022 5:40:54 PM (UTC) |
| **To:** | Lidiane Jones <lidiane.jones@salesforce.com> |
| **Bcc:** | Gokhan Uluderya <guluderya@salesforce.com>, Bharath Krishnan <bkrishnan@salesforce.com>, Muralidhar Krishnaprasad <mkrishnaprasad@salesforce.com>, Anil Nori <anori@salesforce.com>, Syam Nair <syam.nair@salesforce.com>, Ryan Strynatka <rstrynatka@salesforce.com>, Greg Hinkle <ghinkle@salesforce.com>, Laurel Tripp <ltripp@salesforce.com>, Dani Forte <dforte@salesforce.com>, Rohini Murthy <rmurthy@salesforce.com>, Gabrielle Tao <gtao@salesforce.com> |
| **Subject:** | Request for feedback |

Hello,

The growth and development of the product leaders in our team is very important to me, I am reaching out because you are a key stakeholder or partner to **Karl Wirth**. Your candid feedback is a key part of supporting this leader's growth here at Salesforce.

Can you please send me the following with as many specific examples as possible?

- How do you currently work/partner with this person?
- Areas of strength (provide 2-3 examples of this person excelling)
- Areas of growth (provide 2-3 examples where this person needs more support)
- Any additional feedback

Thank you for taking the time to provide feedback, **your response by June 6th would be greatly appreciated**.

--
**Lidiane Jones**
EVP & GM, Digital Experiences
Mobile: 617-460-2724



Salesforce-00003993