**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KARL WIRTH,<br><br>                    Plaintiff,<br><br>v.<br><br><br>SALESFORCE, INC.,<br><br>                    Defendant. | Civil Action No.  1:23-cv-11718-BEM |

**[PROPOSED] ORDER GRANTING SALESFORCE, INC'S MOTION**
**FOR EXTENSION AND TO RESCHEDULE HEARING DATE**

Upon consideration of Defendant Salesforce, Inc.'s ("Salesforce") Motion for Extension and to Reschedule Hearing Date, and Plaintiff Wirth's assent to the relief sought in the Motion, the Court hereby GRANTS the Motion and ORDERS as follows:

(i)     Salesforce's deadline to file its reply in support of its Motion for Summary Judgment (Dkt. 99) and response to Plaintiff Karl Wirth's Statement of Additional Material Facts (Dkt. 110) is extended from **February 19, 2026** to **February 26, 2026**; and

(ii)    The hearing on Salesforce's Motion for Summary Judgment, currently scheduled for **February 24, 2026** at 11:00 A.M., shall be rescheduled to a date that is convenient for the Court.

SO ORDERED.

Dated: February __, 2026

_____
Brian E. Murphy
United States District Judge