UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
Karl Wirth,
          Plaintiff

                    v.

Salesforce, Inc.,
          Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

CIVIL ACTION NO.:

1:23-cv-11718-BEM

## **JUDGMENT**
April 27, 2026

Murphy, D.J.

In accordance with the Memorandum and Order entered on April 27, 2026, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered on behalf of the Defendant Salesforce, Inc. This case is hereby DISMISSED.

     SO ORDERED.

                              /s/ *Brian E. Murphy*
                              BRIAN E. MURPHY
                              United States District Judge